UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rebecca Robinson et al.,

       Plaintiffs,

v.

Bank of America, N.A.,

       Defendants.

ORDER
Civil No. 11-2284 (MJD/LIB)

_____

The above-entitled matter comes before the Court on Plaintiffs' objection to the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 31, 2012. The Plaintiffs object to the Magistrate Judge's recommendation that the Defendants' motions to dismiss be granted, that Plaintiffs' motion for remand be denied and that attorney fees and costs under Rule 41(d) should be granted.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that:

1.      Defendants' Motions to Dismiss [Doc. Nos. 11, 14, 16 and 33] are

GRANTED;

2. Plaintiffs' Motion to Remand [Doc. No. 38] is DENIED; and

3. Defendants' Motions for Attorney Fees and Costs Pursuant to Federal Rule of Civil Procedure 41(d) [Doc. Nos. 43 and 47] are GRANTED subject to further proceedings before Magistrate Judge Leo I. Brisbois.

Date: July 13, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

Civil No. 11-2284