UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Rebecca C. Robinson, et al.,

       Plaintiffs,

                            ORDER ADOPTING
  v.                      REPORT AND RECOMMENDATION

Bank of America, N.A., et al.,

       Defendants.               Civ. No. 11-2284 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**:

Defendants' Motion to Establish Attorneys' Fees [Docket No. 80] is **GRANTED** in part and

**DENIED** in part as more fully explained in the Report and Recommendation dated January 4, 2013.


DATED: January 22, 2013               s/Michael J. Davis
At Minneapolis, Minnesota           Michael J. Davis, Chief Judge
                                  United States District Court